BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOSE MIGUEL CRUZ SALCIDO, <br> Defendant. | CR. NO. 2:12-cr-0346 JAM <br><br> STIPULATION AND ORDER <br> TO CONTINUE STATUS CONFERENCE |

The United States of America, through Assistant United States Attorney Todd D. Leras, and the defendant Jose Cruz Salcido, through his counsel, Dina L. Santos, stipulate and agree to continue the status conference, scheduled for June 25, 2013, to July 9, 2013, at 9:45 a.m.

The government has recently provided defense counsel with a written Plea Agreement. A continuance of the status conference is requested by both parties to allow the defense an opportunity to review the terms of the proposed Plea Agreement. In addition, defense counsel needs to make arrangements to have a certified Spanish interpreter read the entire Plea Agreement and its attached

1

1  factual basis to Mr. Cruz Salcido.
2      The additional time is therefore needed for attorney
3  preparation and to provide sufficient time for defense counsel to
4  advise her client on an appropriate course of action in the case.
5  Both parties request that time be excluded pursuant to 18 U.S.C. §
6  3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and
7  continuity of counsel). The parties agree to an exclusion of time
8  for the reasons stated above up to and including July 9, 2013.
9      Dina Santos has authorized Assistant U.S. Attorney Todd Leras
10 to sign this stipulation on her behalf.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: June 21, 2013          By: /s/ Todd D. Leras
                                        TODD D. LERAS
                                        Assistant U.S. Attorney

DATED: June 21, 2013          By: /s/ Todd D. Leras for
                                        DINA L. SANTOS
                                        Attorney for Defendant

| | **ORDER** |
|---|---|

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for June 25, 2013, is continued to July 9, 2013, at 9:45 a.m. Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including July 9, 2013.

DATED: June 21, 2013

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE