Dina L. Santos, SBN 204200
A Proffesional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
JOSE CRUZ SALCIDO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE CRUZ SALCIDO,<br>　　　　　　　　Defendant. | CASE NO. 12-346-JAM<br><br>STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND J&S |

**STIPULATION**

1.　　It is hereby stipulated by and between Assistant United States Attorney TODD PICKLES, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOSE CRUZ SALCIDO, that the current date scheduled for December 10, 2013, be vacated and the matter be continued to this Court's criminal calendar on January 28, 2014, at 9:45 a.m. for judgment and sentencing.

It is further stipulated that the briefing schedule be reset as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | January 28, 2014 |
| Reply or Statement of non-opposition: | January 21, 2014 |
| Formal Objections: | January 14, 2014 |
| Informal Objections: | December 31, 2013 |

IT IS SO STIPULATED.

Stip. & [Proposed] Order Continuing J&S　　　　　　1

| | |
|---|---|
| Dated: November 20, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Todd Pickles<br>TODD PICKLES<br>Assistant United States Attorney |
| Dated: November 20, 2013 | /s/ Dina L. Santos<br>DINA SANTOS, ESQ.<br>Attorney for Jose Cruz Salcido |

## ORDER

IT IS SO FOUND AND ORDERED this 20th day of November, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE